**WATERBURY METAL STAMPING COMPANY, Plaintiff-Appellant,**

v.

**ADS METAL PRODUCTS COMPANY, Inc., Defendant-Appellee.**

**No. 342, Docket 23837.**

United States Court of Appeals
Second Circuit.

Argued April 12, 1956.

Decided May 3, 1956.

Albert C. Nolte, New York City (Clarence M. Crews and Albert C. Nolte, Jr., New York City, on the brief), for plaintiff-appellant.

Fritz Ziegler, New York City, for defendant-appellee.

Before CLARK, Chief Judge, and MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

The judgment below is affirmed on the findings of fact, conclusions of law, and opinion of District Judge Rayfiel, D. C., 131 F.Supp. 301.